MITCHELL SILBERBERG & KNUPP LLP
SETH E. PIERCE (SBN 186576)
sep@msk.com
BRADLEY J. MULLINS (SBN 274219)
bym@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
BIRCH GOLD GROUP, LP (erroneously sued as BIRCH GOLD GROUP)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT LINEBARGER,

Plaintiff,

v.

BIRCH GOLD GROUP, a California corporation, and DOES 1-20, inclusive,

Defendants.

Case No. 2:26-cv-05070 CAS (PVCx)

Hon. Christina A. Snyder

**JOINT STIPULATION REGARDING ARBITRATION AND STAY OF ACTION**

(Removed from Los Angeles Superior Court Case No. 26STCV09249)

[*Proposed Order filed concurrently herewith*]

Complaint Filed: 03/23/2026
Complaint Served: 04/01/2026
Current Response Date: 06/17/2026
New Response Date: 07/17/2026

**JOINT STIPULATOIN REGARDING ARBITRATION AND STAY OF ACTION**

Plaintiff Robert Linebarger ("Plaintiff") and Defendant Birch Gold Group, LP (erroneously sued as "Birch Gold Group") ("Defendant") (together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows and respectfully ask the Court to enter an order thereon:

WHEREAS, Plaintiff his initial Complaint in the Superior Court for Los Angeles County on March 23, 2026;

WHEREAS, Plaintiff served Defendant with copies of the Summons and Complaint via substituted service on April 1, 2026, with mailing occurring on April 2, 2026. Pursuant to C.C.P. § 415.20, service was therefore complete on the 10th day after the mailing, or April 12, 2026;

WHEREAS, Defendant filed a Notice of Removal on May 11, 2026;

WHEREAS, pursuant to stipulations between the Parties and the Order of the Court dated June 16, 2026, Defendant's current deadline to respond to the Complaint is July 17, 2026;

WHEREAS, Plaintiff previously entered into two Shipping and Transaction Agreements with Defendant, each of which contained an arbitration provision;

WHEREAS, the Parties have agreed that the current action shall be submitted to binding arbitration and that the above-captioned action shall be stayed pending completion of the arbitration proceedings;

WHEREAS, the Parties acknowledge and agree that by entering into this Stipulation, the Parties are not waiving any right (procedural or substantive), claims, and/or defenses they may have against any other Party in this action.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT**:

1. The Parties agree that Plaintiff's claims alleged in this action will be submitted to binding arbitration; and

2. The present action shall be stayed pursuant to 9 U.S.C. § 3 pending completion of the arbitration.

Dated: JULY 17, 2026

SETH E. PIERCE
BRADLEY J. MULLINS
MITCHELL SILBERBERG & KNUPP LLP

By: */s/Bradley J. Mullins*
Seth E. Pierce (SBN 186576)
Bradley J. Mullins (SBN 274219)
Attorneys for Defendant
BIRCH GOLD GROUP, LP

Dated: JULY 17, 2026

J. RYAN GUSTAFSON
CHRISTOPHER B. GOOD
GOOD GUSTAFSON AUMAIS LLP

By: */s/ J. Ryan Gustafson*
J. Ryan Gustafson (SBN 220802)
Christopher B. Good (SBN 232722)
Attorneys for Plaintiff
ROBERT LINEBARGER

**Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Bradley Mullins, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 17, 2026

*/s/ Bradley Mullins*
Bradley Mullins