JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT LINEBARGER,

Plaintiff,

v.

BIRCH GOLD GROUP, a California corporation, and DOES 1-20, inclusive,

Defendants.

Case No. 2:26-cv-05070 CAS (PVCx)

Hon. Christina A. Snyder

**ORDER GRANTING JOINT STIPULATION REGARDING ARBITRATION AND STAY OF ACTION**

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**ORDER**

The Court, having considered the Parties' Joint Stipulation Regarding Arbitration and Stay of Action, and the Court having approved the Stipulation for good cause shown,

**IT IS HEREBY ORDERED:**

1. Plaintiff's claims alleged in this action will be submitted to binding arbitration; and

2. The present action shall be stayed pursuant to 9 U.S.C. § 3 pending completion of the arbitration.

3. This action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

4. Counsel shall file a joint report detailing the status of the case within **60 days** and every quarter thereafter until the action has been reactivated on this Court's active caseload or a stipulation for dismissal is filed.

5. This Court shall retain full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

Dated: July 20, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE